**Order entered October 8, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00335-CV

**YANIKA DANIELS, Appellant**

**V.**

**SUSIE BATTIE, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-06655-2020**

## ORDER

Before the Court is court reporter LaTresta Ginyard's October 8, 2021 request for an extension of time to file the record. We **GRANT** the request and **ORDER** the reporter's record be filed no later than November 8, 2021.

/s/    CRAIG SMITH
        JUSTICE